UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ZHENG, CAI XIA

　　　　　　Plaintiff(s),

　　- against -

QUARANTILLO

　　　　　　Defendant(s).

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-09
```

09 Civ. 705 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1. By FEB 20, 2009, the plaintiff(s) ~~the defendant(s) the parties~~ shall BY HAND Deliver a copy of the complaint, the February 3 Order and this Order to the Office of United States Attorney for this District.

2. ~~By_____, 2009, the plaintiff(s) the defendant(s) the parties shall~~

3. By_____, 2009, the plaintiff(s) the defendant(s) the parties shall

4.

5.

6.

7.   The Next Conference [the Final Pretrial Conference] will be held on  MARCH 6 , 2009 at 10 AM .

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
2-13-09